Decided June 27, 2001

SHAWN ROBINSON *v.* COMMISSIONER OF CORRECTION

The petitioner Shawn Robinson's petition for certification for appeal from the Appellate Court, 62 Conn. App. 429 (AC 19038), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Sarah F. Summons,* special public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided July 5, 2001